1  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 493-6811
5  Email:    dkramer@wsgr.com

6  *Attorney for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY NUNES, individually and on behalf of a class of similarly situated individuals, | CASE NO.:  14-cv-02843-VC |
| Plaintiff, | [PROPOSED] DENYING **ORDER** ~~GRANTING~~ **DEFENDANT TWITTER, INC.'S ADMINISTRATIVE MOTION TO MODIFY PAGE LIMITS** |
| v. | |
| TWITTER, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING TWITTER'S
ADMINISTRATIVE MOTION
CASE NO.: 14-CV-02843-VC

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. Defendant Twitter, Inc. may file a brief in support of its Motion to Dismiss not to exceed twenty-two (22) pages.

2. Plaintiff Beverly Nunes may file a brief in opposition to Twitter's Motion to Dismiss not to exceed twenty-two (22) pages.

SIGNED this __25th__ day of __August__, 2014.

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**DENIED**
Judge Vince Chhabria

[PROPOSED] ORDER GRANTING TWITTER'S ADMINISTRATIVE MOTION
CASE NO.: 14-CV-02843-VC

-1-