1

2

3

4

5

6

7

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BEVERLY NUNES, individually and on behalf of a class of similarly situated individuals, | ) ) | CASE NO.:  14-cv-02843-VC |
| Plaintiff, | ) ) ) | **[PROPOSED]** **ORDER CHANGING TIME AS MODIFIED** |
| v. | ) ) | |
| TWITTER, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY

ORDERED THAT:

    1.    Plaintiff may file its Opposition to Twitter's Motion to Dismiss no later than twenty-eight (28) days after Twitter's Motion to Dismiss is filed;

    2.    Twitter may file its Reply in support of its Motion to Dismiss no later than twenty-one (21) days after Plaintiff's Opposition is filed.

    3.    Upon filing the Motion, Plaintiff shall set the matter for a hearing on the Court's regular motion calendar for a date which is no less than 14 days after the due date of Defendant's Reply.

SIGNED this _11__ day of __September___, 2014.

_____

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE