1  JOHN G. JACOBS (PRO HAC VICE)
   BRYAN G. KOLTON (PRO HAC VICE)
2  JACOBS KOLTON, CHTD.
3  55 West Monroe Street, Suite 2970
   Chicago, Illinois 60603
4  Telephone:  (312) 427-4000
   Facsimile:   (312) 268-2425
5  Email: jgjacobs@jacobskolton.com
   bgkolton@jacobskolton.com
6
7  *Attorneys for Plaintiff Beverly Nunes*

8  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
10 650 Page Mill Road
   Palo Alto, CA 94304-1050
11 Telephone:  (650) 493-9300
   Facsimile:   (650) 493-6811
12 Email: dkramer@wsgr.com

13 *Attorneys for Defendant Twitter, Inc.*

14
15                         UNITED STATES DISTRICT COURT
16                        NORTHERN DISTRICT OF CALIFORNIA
17                              SAN FRANCISCO DIVISION

18  BEVERLY NUNES, individually and on behalf  )  CASE NO.: 14-cv-02843-VC
    of a class of similarly situated individuals, )
19                                              )
                                                )  **STIPULATION AND [PROPOSED]**
20                       Plaintiff,             )  **ORDER STAYING PROCEEDINGS**
                                                )  **AND MODIFYING CASE**
21              v.                              )  **SCHEDULE**
                                                )
22  TWITTER, INC.,                              )
                                                )
23                       Defendant.             )
                                                )
24                                              )
    _____)
25

26

27

28  STIPULATION AND [PROPOSED]
    ORDER REGARDING STAY AND SCHEDULE
    CASE NO.: 14-CV-02843-VC

On February 24, 2015, the parties in this matter participated in a mediation with the Hon. Read Ambler, and agreed to further discussions and a further mediation session that is currently scheduled to be conducted on March 24, 2015.  In connection with their ongoing discussions, the parties have jointly agreed to request a three-month stay of proceedings in this matter, along with corresponding extensions to the existing case schedule.  The parties' agreement and request for a stay is made in good faith and not for purposes of delay.

THE PARTIES THEREFORE STIPULATE through their undersigned counsel, subject to the Court's approval, that:

1. All proceedings in this matter should be stayed through June 2, 2015;

2. The existing case schedule should be modified as follows:  Phase I Discovery completed by September 30, 2015; Initial Expert Witness statements shall be submitted by October 17, 2015; Rebuttal Expert Witness statements shall be submitted by November 3, 2015; Motions for Summary Judgment on Phase 1 to be heard on February 19, 2016 10:00 a.m.

DATE:  March 3, 2015            */s/ David H. Kramer*

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI

***Attorney for Defendant Twitter, Inc.***

DATE:  March 3, 2015            */s/ John G. Jacobs*

John G. Jacobs (*PRO HAC VICE*)
JACOBS KOLTON, CHTD
Jeffrey F. Keller
KELLER GROVER, LLP

***Attorneys for Plaintiff Beverly Nunes***

STIPULATION AND [PROPOSED]            -1-
ORDER REGARDING STAY AND SCHEDULE
CASE NO.: 14-CV-02843-VC

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. All proceedings in this matter are stayed through June 2, 2015;

2. The existing case schedule is modified as follows:  Phase I Discovery completed by September 30, 2015; Initial Expert Witness statements submitted by October 17, 2015; Rebuttal Expert Witness statements submitted by November 3, 2015; Motions for Summary Judgment on Phase 1 to be heard on February 19, 2016 10:00 a.m.

SIGNED this ____ day of March, 2015.

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS AND MODIFYING CASE SCHEDULE**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that John G. Jacobs has concurred in this filing.

DATE:  March 3, 2015          */s/ David H. Kramer*

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:     (650) 493-6811
Email:            dkramer@wsgr.com

*Attorney for Defendant Twitter, Inc.*