JOHN G. JACOBS (PRO HAC VICE)
BRYAN G. KOLTON (PRO HAC VICE)
JACOBS KOLTON, CHTD.
55 West Monroe Street, Suite 2970
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 268-2425
Email: jgjacobs@jacobskolton.com
bgkolton@jacobskolton.com

*Attorneys for Plaintiff Beverly Nunes*

DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: dkramer@wsgr.com

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY NUNES, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | CASE NO.: 14-cv-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS AND MODIFYING CASE SCHEDULE** |

On February 24, 2015, the parties in this matter participated in a mediation with the Hon. Read Ambler, and agreed to further discussions and a further mediation session that is currently scheduled to be conducted on March 24, 2015. In connection with their ongoing discussions, the parties have jointly agreed to request a three-month stay of proceedings in this matter, along with corresponding extensions to the existing case schedule. The parties' agreement and request for a stay is made in good faith and not for purposes of delay.

THE PARTIES THEREFORE STIPULATE through their undersigned counsel, subject to the Court's approval, that:

1. All proceedings in this matter should be stayed through June 2, 2015;

2. The existing case schedule should be modified as follows: Phase I Discovery completed by September 30, 2015; Initial Expert Witness statements shall be submitted by October 17, 2015; Rebuttal Expert Witness statements shall be submitted by November 3, 2015; Motions for Summary Judgment on Phase 1 to be heard on February 19, 2016 10:00 a.m.

DATE: March 3, 2015     */s/ David H. Kramer*

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI

***Attorney for Defendant Twitter, Inc.***

DATE: March 3, 2015     */s/ John G. Jacobs*

John G. Jacobs (*PRO HAC VICE*)
JACOBS KOLTON, CHTD
Jeffrey F. Keller
KELLER GROVER, LLP

***Attorneys for Plaintiff Beverly Nunes***

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. All proceedings in this matter are stayed through June 2, 2015;
2. The existing case schedule is modified as follows: Phase I Discovery completed by September 30, 2015; Initial Expert Witness statements submitted by October 17, 2015; Rebuttal Expert Witness statements submitted by November 3, 2015; Motions for Summary Judgment on Phase 1 to be heard on February 19, 2016 10:00 a.m.

SIGNED this 5th day of March, 2015.

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE