1  JOHN G. JACOBS (PRO HAC VICE)
   BRYAN G. KOLTON (PRO HAC VICE)
2  JACOBS KOLTON, CHTD.
3  55 West Monroe Street, Suite 2970
   Chicago, Illinois 60603
4  Telephone:   (312) 427-4000
   Facsimile:   (312) 268-2425
5  Email:  jgjacobs@jacobskolton.com
   bgkolton@jacobskolton.com
6

7  *Attorneys for Plaintiff Beverly Nunes*

8  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   650 Page Mill Road
10 Palo Alto, CA 94304-1050
11 Telephone:   (650) 493-9300
   Facsimile:   (650) 493-6811
12 Email:  dkramer@wsgr.com

13 *Attorneys for Defendant Twitter, Inc.*

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                     SAN FRANCISCO DIVISION
17

18 | BEVERLY NUNES, individually and on behalf | ) | CASE NO.:  14-cv-02843-VC |
   of a class of similarly situated individuals, | ) |
19 | | ) |
   | | ) | **STIPULATION AND [PROPOSED]** |
20 | Plaintiff, | ) | **ORDER STAYING PROCEEDINGS** |
   | | ) | **AND MODIFYING CASE** |
21 | v. | ) | **SCHEDULE** |
   | | ) |
22 | TWITTER, INC., | ) |
   | | ) |
23 | Defendant. | ) |
   | | ) |
24 | | ) |
   | | ) |
25 |_____ | ) |

26

27

28 STIPULATION AND [PROPOSED]
   ORDER REGARDING STAY AND SCHEDULE
   CASE NO.: 14-CV-02843-VC

1    On February 24, 2015, the parties in this matter participated in a mediation with the Hon.

2  Read Ambler, and agreed to further discussions and a further mediation session that is currently

3  scheduled to be conducted on March 24, 2015.  In connection with their ongoing discussions, the

4  parties have jointly agreed to request a three-month stay of proceedings in this matter, along with

5  corresponding extensions to the existing case schedule.  The parties' agreement and request for a

6  stay is made in good faith and not for purposes of delay.

7

8    THE PARTIES THEREFORE STIPULATE through their undersigned counsel, subject

9  to the Court's approval, that:

10    1.    All proceedings in this matter should be stayed through June 2, 2015;

11    2.    The existing case schedule should be modified as follows:  Phase I Discovery

12    completed by September 30, 2015; Initial Expert Witness statements shall be submitted

13    by October 17, 2015; Rebuttal Expert Witness statements shall be submitted by Novem-

14    ber 3, 2015; Motions for Summary Judgment on Phase 1 to be heard on February 19,

15    2016 10:00 a.m.

16

17  DATE:  March 3, 2015            */s/ David H. Kramer*

18                          David H. Kramer
                           WILSON SONSINI GOODRICH & ROSATI
19

20                          ***Attorney for Defendant Twitter, Inc.***

21  DATE:  March 3, 2015            */s/ John G. Jacobs*

22                          John G. Jacobs (*PRO HAC VICE*)
                           JACOBS KOLTON, CHTD
23                          Jeffrey F. Keller
                           KELLER GROVER, LLP
24

25                          ***Attorneys for Plaintiff Beverly Nunes***

26

27

28  STIPULATION AND [PROPOSED]                    -1-
    ORDER REGARDING STAY AND SCHEDULE
    CASE NO.:  14-CV-02843-VC

1    PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY

2  ORDERED THAT:

3       1.    All proceedings in this matter are stayed through June 2, 2015;

4       2.    The existing case schedule is modified as follows:  Phase I Discovery completed

5             by September 30, 2015; Initial Expert Witness statements submitted by October

6             17, 2015; Rebuttal Expert Witness statements submitted by November 3, 2015;

7             Motions for Summary Judgment on Phase 1 to be heard on February 19, 2016

8             10:00 a.m.

9

10  SIGNED this ___5th___ day of March, 2015.

11

12                                        _____

13                                        VINCE CHHABRIA
                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED]                    -2-
    ORDER REGARDING STAY AND SCHEDULE
    CASE NO.:  14-CV-02843-VC