1  JOHN G. JACOBS (PRO HAC VICE)
   BRYAN G. KOLTON (PRO HAC VICE)
2  JACOBS KOLTON, CHTD.
   55 West Monroe Street, Suite 2970
3  Chicago, Illinois 60603
4  Telephone:  (312) 427-4000
   Facsimile:   (312) 268-2425
5  Email: jgjacobs@jacobskolton.com
   bgkolton@jacobskolton.com
6
7  *Attorneys for Plaintiff Beverly Nunes*

8  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   650 Page Mill Road
10 Palo Alto, CA 94304-1050
11 Telephone:  (650) 493-9300
   Facsimile:   (650) 493-6811
12 Email: dkramer@wsgr.com

13 *Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY NUNES, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | CASE NO.: 14-cv-02843-VC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER STAYING PROCEEDINGS AND MODIFYING CASE SCHEDULE** <br><br> AS MODIFIED |

STIPULATION AND [PROPOSED]
ORDER REGARDING STAY AND SCHEDULE
CASE NO.: 14-CV-02843-VC

On February 24, 2015, the parties in this matter participated in a mediation with the Hon. Read Ambler, and agreed to further discussions and a further mediation session that is currently scheduled to be conducted on March 24, 2015.  In connection with their ongoing discussions, the parties have jointly agreed to request a three-month stay of proceedings in this matter, along with corresponding extensions to the existing case schedule.  The parties' agreement and request for a stay is made in good faith and not for purposes of delay.

THE PARTIES THEREFORE STIPULATE through their undersigned counsel, subject to the Court's approval, that:

1. All proceedings in this matter should be stayed through June 2, 2015;

2. The existing case schedule should be modified as follows:  Phase I Discovery completed by September 30, 2015; Initial Expert Witness statements shall be submitted by October 17, 2015; Rebuttal Expert Witness statements shall be submitted by November 3, 2015; Motions for Summary Judgment on Phase 1 to be heard on February 19, 2016 10:00 a.m.

DATE:  March 3, 2015         */s/ David H. Kramer*

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI

***Attorney for Defendant Twitter, Inc.***

DATE:  March 3, 2015         */s/ John G. Jacobs*

John G. Jacobs (*PRO HAC VICE*)
JACOBS KOLTON, CHTD
Jeffrey F. Keller
KELLER GROVER, LLP

***Attorneys for Plaintiff Beverly Nunes***

STIPULATION AND [PROPOSED]                    -1-
ORDER REGARDING STAY AND SCHEDULE
CASE NO.:  14-CV-02843-VC

1  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY
2  ORDERED THAT:
3     1.   All proceedings in this matter are stayed through June 2, 2015;
4     2.   The existing case schedule is modified as follows:  Phase I Discovery completed
5          by September 30, 2015; Initial Expert Witness statements submitted by October
6          17, 2015; Rebuttal Expert Witness statements submitted by November 3, 2015;
7          Motions for Summary Judgment on Phase 1 to be heard on February 18, 2016
8          10:00 a.m.

10  SIGNED this __5th__ day of March, 2015.

                                            _____
                                            VINCE CHHABRIA
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]                    -2-
ORDER REGARDING STAY AND SCHEDULE
CASE NO.:  14-CV-02843-VC